

U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**08CV1337**
**JUDGE KENNELLY**
**MAG. JUDGE COX**

In the Matter of

ARMAND PANLASIGUI ABAYA v.
MICHAEL CHERTOFF, SEC., DHS; MICHAEL MUKASEY,
ATTY GEN. OF US; AND RUTH A. DOROCHOFF,
CHICAGO, IL DIST. DIRECTOR, USCIS

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

MAR 0 5 2008

FILED
MAR - 5 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| NAME (Type or print) |
| --- |
| Christine Contreras |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| --- |
| s/ Christine Contreras |

| FIRM |
| --- |
| CALMEC Global Law Group |

| STREET ADDRESS |
| --- |
| 1880 W. Winchester Rd. Ste 206 |

| CITY/STATE/ZIP |
| --- |
| Libertyville |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 6279029 | 847-996-0888 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| --- | --- | --- |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ✓ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
| --- |
| RETAINED COUNSEL ☐       APPOINTED COUNSEL ☐ |