## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1337 | **DATE** | 3/24/2008 |
| **CASE TITLE** | Abaya vs. Chertoff, et al. | | |

**DOCKET ENTRY TEXT**

The case is set for an initial status hearing on 5/7/08 at 9:30 a.m. Counsel for both sides are directed to appear.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mk |
|---|---|---|