UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ARMAND PANLASIGUI ABAYA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 08 C 1337 |
| v. | ) | |
| | ) | |
| MICHAEL CHERTOFF, Secretary, | ) | Judge Kennelly |
| Department of Homeland Security, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION TO DISMISS FOR LACK
OF SUBJECT MATTER JURISDICTION**

Defendants, by Patrick J. Fitzgerald, United States Attorney for the Northern District of Illinois, move pursuant to Federal Rule of Civil Procedure 12(b)(1) to dismiss the complaint for lack of subject matter jurisdiction. The basis for the motion is set forth in the accompanying memorandum of law.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By:  s/ James M. Kuhn, Sr.
    JAMES M. KUHN, SR.
    Assistant United States Attorney
    219 South Dearborn, Room 500
    Chicago, Illinois 60604
    (312) 353-1877
    james.kuhn @ usdoj.gov