UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ARMAND PANLASIGUI ABAYA, | ) |
| | ) |
| Plaintiff, | ) |
| | )   No. 08 C 1337 |
| v. | ) |
| | ) |
| MICHAEL CHERTOFF, Secretary, | )   Judge Kennelly |
| Department of Homeland Security, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF MOTION**

To:   Christine M. Contreras
      CLAMEC Law Group
      1880 West Winchester Road, Suite 206
      Libertyville, Illinois 60048

　　PLEASE TAKE NOTICE that on April 29, 2008 at 9:30 a.m. or as soon thereafter as counsel may be heard, I will appear before The Honorable Matthew F. Kennelly in the courtroom usually occupied by him in the Everett McKinley Dirksen Federal Courthouse, 219 South Dearborn Street, Chicago, Illinois, or before such other judge who may be sitting in his place and stead, and then and there present:

MOTION TO DISMISS FOR LACK
OF SUBJECT MATTER JURISDICTION

in the above captioned case, at which time and place you may appear if you see fit.

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　PATRICK J. FITZGERALD
　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　By:   s/ James M. Kuhn, Sr.
　　　　　　　　　　　　　　　　　JAMES M. KUHN, SR.
　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　219 South Dearborn, Room 500
　　　　　　　　　　　　　　　　　Chicago, Illinois 60604
　　　　　　　　　　　　　　　　　(312) 353-1877
　　　　　　　　　　　　　　　　　james.kuhn @ usdoj.gov