## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Armand Panlasigui Abaya
                                  Plaintiff,

v.                                                          Case No.: 1:08−cv−01337
                                                            Honorable Matthew F. Kennelly

Michael Chertoff, et al.
                                  Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 29, 2008:

      MINUTE entry before Judge Honorable Matthew F. Kennelly:Response to motion to dismiss/lack of jurisdiction[8] due by 5/30/2008 ; Reply due by 6/13/2008. Ruling set before Honorable Matthew F. Kennelly on 7/7/2008 at 09:30 AM. Status hearing of 5/7/2008 is vacated. (or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.