## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1337 | **DATE** | 7/17/2008 |
| **CASE TITLE** | Armand Abaya vs. Chertoff | | |

**DOCKET ENTRY TEXT**

For the reasons set forth in the Memorandum Opinion and Order, the Court grants defendants' motion to dismiss (8). The Clerk is directed to enter judgment dismissing this action for failure to exhaust administrative remedies. The status hearing and ruling date of 7/23/2008 is vacated.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | OR |
|---|---|---|