# United States District Court

## Northern District of Illinois

Eastern Division

Abaya                                                    **JUDGMENT IN A CIVIL CASE**

             v.                                                      Case Number: 08 C 1337

Chertoff

- ☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

- ■ Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that the Court grants defendants' motion to dismiss . Judgment is entered dismissing this action for failure to exhaust administrative remedies.

                                                   Michael W. Dobbins, Clerk of Court

Date: 7/17/2008                                     _____
                                                   /s/ Olga Rouse, Deputy Clerk